```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3062 |
| v. | ) | |
| | ) | |
| MARK ANDREW SIMPSON, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS ORDERED,

Defendant's motion for time, filing 13, is granted and the deadline for defendant to file pretrial motions is extended to July 1, 2005.

DATED this 15th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge