```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )        4:05CR3062
                                )
      v.                        )
                                )
MARK ANDREW SIMPSON,            )        ORDER
                                )
            Defendant.          )
                                )
```

IT IS ORDERED:

1. An evidentiary hearing on defendant's motion to suppress, filing 15, will be held before the undersigned on July 19, 2005 in Courtroom #2, United States Courthouse, Lincoln, Nebraska. The defendant has requested three hours for this hearing. Based on the court's schedule, the hearing is currently set for 9:30 a.m. to 12:30 p.m.

2. Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

3. The trial of this case is continued until further order of the court following resolution of outstanding motions.

DATED this 1st day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge