IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )
                                    )        4:05CR3062
           v.                       )
                                    )
MARK ANDREW SIMPSON,                )
                                    )            ORDER
                Defendant.          )
                                    )

        IT IS ORDERED:

        Defendant's motion to continue, filing 30, is granted and,

        1.  Trial of this matter is continued to 9:00 a.m.,
November 7, 2005 before the Honorable Richard G. Kopf in
Courtroom 1, United States Courthouse and Federal Building, 100
Centennial Mall North, Lincoln, Nebraska.  Jury selection will be
held at commencement of trial.

        2.  The ends of justice will be served by granting such a
motion, and outweigh the interests of the public and the
defendant in a speedy trial, and the additional time arising as a
result of the granting of the motion, the time between
September 26, 2005 and November 7, 2005 shall be deemed
excludable time in any computation of time under the requirements
of the Speedy Trial Act, for the reason that the parties require
additional time to adequately prepare the case, taking into
consideration due diligence of counsel, the novelty and
complexity of the case, and the fact that the failure to grant
additional time might result in a miscarriage of justice.
18 U.S.C. § 3161(h)(8)(A) & (B).

        DATED this 26th day of September, 2005.

                                BY THE COURT:

                                s/ David L. Piester

                                David L. Piester
                                United States Magistrate Judge