IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **4:05CR3062** |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **MARK SIMPSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon consideration of the Plaintiff's Motion to Continue Hearing, filing 34,

IT IS ORDERED:

1. The Motion is granted and the change of plea hearing is continued to December 12, 2005 at 4:00 p.m., and will be held in Courtroom No. 2 of the U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Dated this 28th day of November, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge