```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )
                              )         4:05CR3062
      v.                      )
                              )
MARK ANDREW SIMPSON,          )
                              )           ORDER
            Defendant.        )
                              )

   IT IS ORDERED:

   1.  The parties' joint oral motion to continue is granted and the change of plea hearing is continued to January 5, 2006 at 1:30 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

   2.  For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

   3.  Defendant shall appear at the hearing.

   DATED this 13th day of December, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge